UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-10020-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

AMMON COVINO, CHRISTOPHER CONK,
and IDAHO AQUARIUM, INC.,

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE

**THIS CAUSE** came before the Court upon Unopposed Motion to Continue **(D.E.#32,33)**. The Court has reviewed the motion and has been otherwise fully advised in the premises.

After careful consideration, the Court finds that the ends of justice will therefore be served by a continuance of the trial as to the Defendants as set forth below, and that an extension outweighs the interest of the public and the defendants in a speedy trial. Therefore, it is

**ORDERED AND ADJUDGED** that a Continuance is **GRANTED as to all defendants.** Trial in this cause is **set** to commence **Monday, September 23, 2013,** at the United States Courthouse, 301 Simonton Street, Courtroom 1, Key West, Florida. Calendar Call will be held at **1:45 p.m.** on **Thursday, September 19, 2013,** at 400 North Miami Ave, Miami Florida. **Counsel may appear via telephone.** The previous calendar call is CANCELLED. Counsel shall call the toll-free number **1-888-684-8852**

    a. Enter Access Code Number 7677597 followed by the # sign,

    b. Enter Security Code Number 5590 followed by the # sign,

    c. **State your name, the name of the party you represent and enter the Conference.**

The Court finds that the period of delay from **April 8, 2013 to September 23, 2013,**

and any other trial date set hereafter excludable in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161,(h)(1)(F).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9 day of April, 2013.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge McAliley
All Counsel Of Record