UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-10020-CR-MARTINEZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

AMMON COVINO, *et al.*,

        Defendants.
_____/

## ORDER GRANTING UNOPPOSED AMENDED MOTION TO TRAVEL OUT OF STATE AND TO TEMPORARILY MOVE OUT OF STATE

**THIS CAUSE** came before the Court upon Defendant AMMON COVINO'S Amended Motion for Permission to Travel and to Temporarily Move Out of State, filed June 10, 2013. (D.E. No. 58). The defendant seeks permission allowing him to travel for employment between Boise, Idaho and Portland, Oregon, on June 13, 2013 and to relocate to Austin, Texas for a period of a minimum of six months, beginning on June 15, 2013. This Court has carefully considered the motion, and being fully advised. It is therefore

**ORDERED AND ADJUDGED** that the Unopposed Amended Motion to Travel and to Temporarily Move Out of State (D.E. No. 58) is **Granted** with the following conditions:

1. Defendant Ammon Covino is permitted to travel from Boise, Idaho to Portland, Oregon for the business purpose of visiting an aquarium from June 13, 2013 through June 14, 2013.

2. Defendant is permitted to temporarily relocate to Austin, Texas for a period of a minimum of six months for the business purpose of opening an aquarium beginning on June15, 2013.

3. Defendant shall no longer be required to be monitored by GPS during his travel and relocation beginning on June 13, 2013.

4. Defendant shall be required to report to a United States Probation Officer in the Austin, Texas area.

5. Defendant shall be required to maintain contact with Tim Messuri, Senior United States Probation Officer, District of Idaho.

6. All other conditions imposed in the Judgment in a Criminal Case dated April 18, 2013 shall remain in full force and effect.

The pending Motion for Out of State Travel (D.E. No. 57) shall be **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this _12_ day of June, 2013.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:

Magistrate Judge McAliley

U.S. Probation Office