UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division
**Case Number: 12-10020-CR-MARTINEZ**

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

AMMON COVINO,
    Defendant.
_____/

## NOTICE OF VIOLATION OF LOCAL RULE 5.1

THIS MATTER is before the Court upon Peter Covino Jr.'s ("Mr. Covino") letter (the "Letter"), which was mailed on February 22, 2017, and directed to Chambers. The Letter raises a variety of issues regarding Defendant Ammon Covino's ("Defendant Covino") imprisonment. Local Rule 5.1 governs filings and requires, *inter alia*, that filings be submitted in a certain format. The Letter violates such Local Rule.

Mr. Covino and Defendant Covino should consider obtaining a lawyer to assist them with the issues listed in the Letter. Additionally, the Federal Bureau of Prisons ("BOP") website, www.bop.gov, includes, among other things, BOP policy and forms. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that the Letter is being returned to Mr. Covino and will not be made part of the record, nor will it be considered by the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of March, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record

Peter Covino, Jr.
2577 So. 400 E.
Salt Lake City, UT 84115